# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

130144

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130144
COA: 265298
Livingston CC: 05-014884-FC

MARY LORETTA HOLLISTER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 27, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

p0524